U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
OCT 1 1 2000
ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **TANYA MIGUES** | **CIVIL ACTION 6:99CV2320** |
| **VERSUS** | **JUDGE LITTLE** |
| **CONSOLIDATED HEALTH PLANS INC., ET AL.** | **MAG. JUDGE TYNES** |

## O R D E R

On September 21, 2000, a "**MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**" was submitted by the plaintiff, Tanya Migues. **LR56.2E&W** requires that an opposition to a motion for summary judgment shall include a separate, short and concise statement of the material facts as to which there exists a genuine issue to be tried. Mover failed to file such a statement. Mover was informed of the deficiency on September 21, 2000, but has failed to provide the statement of material facts.

Accordingly,

**IT IS ORDERED** that the "**MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**" submitted by the plaintiff, Tanya Migues, on September 21, 2000, be and is hereby stricken from the record.

Shreveport, Louisiana this ___11___ day of October, 2000.

_____
ROBERT H. SHEMWELL
UNITED STATES MAGISTRATE JUDGE

COPY SENT:
DATE: 10/11/00
BY: ___
TO: ___